IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GEICO INDEMNITY INSURANCE
COMPANY, a Maryland Corporation,

    Plaintiff,

vs.

RACHEL KANNADAY; SHARON
WRIGHT; CHARLES CHURCH; R.A.
CHRISTOPHER INC. d/b/a CHRIS TRUCK
LINE; LIBERTY MUTUAL FIRE
INSURANCE COMPANY;
METROPOLITAN LIFE INSURANCE
COMPANY; and WESLEY MEDICAL
CENTER, L.L.C.,

    Defendants.

Case No. 06-1067-JTM

MEMORANDUM AND ORDER

This is an interpleader action brought by Geico Indemnity Insurance Company. On February 21, 2008, the court granted defendant Wesley Medical Center's motion for distribution of the interpleaded funds (Dkt. No. 69). The court had previously granted Geico's Motion for Discharge and Permanent Injunction (Dkt. No. 22) and had also granted Wesley's motion to dismiss co-defendant Kannaday's cross-claim (Dkt. No. 66). Thus, there remains in the case only the state-law claim by Wesley against Kannaday (Dkt. No. 32).

Under 28 U.S.C. § 1367(a), the court has supplemental jurisdiction over state law claims, if they sufficiently relate to a pending claim over which the Court has original jurisdiction. However,

the court may decline such supplemental jurisdiction, if it has dismissed other claims over which it may have original federal jurisdiction 28 U.S.C. § 1367(c). The court here finds no basis retention of any remaining claims in the present action, which will be dismissed without prejudice.

IT IS ACCORDINGLY ORDERED this 29th day of February, 2008, that the state law remainder of the action is hereby dismissed without prejudice.

s/ J. Thomas Marten<br>
J. THOMAS MARTEN, JUDGE